# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MICHAEL EUGENE MORGAN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL BOGER, *et al.*, ) <br> ) <br> Defendants. ) | Case No. CIV-23-00256-PRW |

## ORDER

This matter is before the Court on United States Magistrate Judge Gary Purcell's Report and Recommendation (Dkt. 6). The Court observes that no party has objected to the Report and Recommendation within the time limits prescribed. The Court has also reviewed Magistrate Judge Purcell's Report and Recommendation *de novo* and agrees with the reasoning and conclusions therein. The Court thus **ADOPTS** the Report and Recommendation in its entirety. Accordingly, the action is **DISMISSED WITHOUT PREJUDICE** for Plaintiff's failure to pay the required filing fee or to respond to the Court's orders.

**IT IS SO ORDERED** this 5th day of May 2023.

_____
PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE